IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THOMAS F. ROWLAND                                    PLAINTIFF

VS.                          CASE NO. 06-CV-1098

CHEMTURA CORPORATION                                 DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendant

Chemtura Corporation.  (Doc. No. 23).  The Plaintiff Thomas Rowland has filed a response.

(Doc. No. 34).  The Defendant has filed a reply.  (Doc. No. 40).  Upon consideration, for the

reasons set forth in the Memorandum Opinion of even date, the Court finds that the Motion for

Summary Judgment should be and hereby is **granted**.  The Plaintiff's claims against the

Defendant Chemtura Corporation are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 10th day of April, 2008.


    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge